IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> THOMAS R. BEARDEN, <br>     Defendant. | Case No. 1:05-CV-00247-OWW-DLB <br><br> [proposed] ORDER MODIFYING SCHEDULING CONFERENCE ORDER PURSUANT TO STIPULATION |

Pursuant to the stipulation of the parties electronically filed herein on March 15, 2006, and good cause having been shown, the pretrial deadlines set forth in the Scheduling Conference Order filed June 3, 2005, shall be modified (extended) as follows:

Disclosure of experts and reports due: **April 28, 2006**

Disclosure of supplemental experts and reports due: **May 15, 2006**

Discovery cut-off: **June 16, 2006**

Non-dispositive law and motion cut-off date:     to be filed by: **June 26, 2006**

                                                                                         to be heard by: **July 28, 2006**

Dispositive law and motion cut-off date:     to be filed by: **July 10, 2006**

                                                                                         to be heard by: **August 14, 2006**

Final Pretrial Conference: **September 25, 2006**, at 11:00 a.m. (joint pretrial statement due 5 court days before)

Trial: **November 14, 2006**, at 9:00 a.m.

[proposed] Order Modifying Scheduling Conference Order Pursuant to Stipulation      1

1  In all other respects, the June 3, 2005 Scheduling Conference Order shall remain in effect
2  except as otherwise already modified by the Court.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

That on **March 15, 2006**, she served a copy of:

        [proposed] ORDER MODIFYING SCHEDULING CONFERENCE ORDER PURSUANT TO STIPULATION

by placing said document(s) in postage paid envelope(s) addressed to the persons listed below, which are the last known addressees, and deposited said envelope(s) in the United States mail in Sacramento, California.

ADDRESSEE(S):

Thomas R. Bearden
P.O. Box 1172
Westport, WA 98595

        */s/ Jocelyn M. Trujillo*
        (original signature retained by attorney)
        _____
        JOCELYN M. TRUJILLO
        Legal AssistantIT IS SO ORDERED.

**Dated:   March 16, 2006**        */s/ Oliver W. Wanger*
emm0d6        UNITED STATES DISTRICT JUDGE

[proposed] Order Modifying Scheduling Conference
Order Pursuant to Stipulation