UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 1:05-CV-00247 OWW DLB |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS R. BEARDEN, | ) | ORDER TRANSFERRING ACTION |
| | ) | TO WESTERN DISTRICT OF |
| | ) | WASHINGTON |
| Defendant | ) | |

Pursuant to the stipulation of the parties, this matter is ordered transferred to the Western District of Washington.

Dated: June 27, 2006            /s/ OLIVER W. WANGER
                                _____
                                OLIVER W. WANGER
                                United States District Judge

1